

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-414-CV

CARL GAVREL                                                              APPELLANT

V.

MARK LIEBERMAN, KATHLEEN LIEBERMAN,                          APPELLEES
GEORGE ONZO, LAUREN YOUNG,
JOHN DOE, AND SPANISH GARDENS
CONDOMINIUM ASSOCIATION

----------

FROM THE 141ˢᵗ DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Joint Motion To Dismiss Appeal As To Appellee Spanish Gardens Condominium Association." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of appellant Carl Gavrel as to appellee Spanish Gardens Condominium Association. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f). This case shall hereafter be styled "Carl Gavrel v. Mark Lieberman, Kathleen Lieberman, George Onzo, Lauren Young, and John Doe."

---

[1] *See* Tex. R. App. P. 47.4.

As between Gavrel and Spanish Gardens Condominium Association, each party shall bear their own costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  May 7, 2009